UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF PRASANA KALAHASTHI, Nadadur S. Kumar and Vartkes Kassouni, as Co-Administrators,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | CASE NO. CV 07-05771 MMM (RCx)<br><br>JUDGMENT FOR DEFENDANT |

　　　On July 7, 2008, the court held a hearing on motions for summary judgment filed by plaintiff Estate of Prasana Kalahasthi and defendant United States of America.  Having reviewed the briefs submitted by the parties and heard oral argument, the court granted defendant's motion for summary judgment on July 17, 2008.  Accordingly,

　　　IT IS ORDERED AND ADJUDGED

　　　　　1. That plaintiff Estate of Prasana Kalahasthi takes nothing by way of its complaint against the United States; and

2. That the action be, and it hereby is, dismissed.

DATED: July 17, 2008

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE